JOHANNA CARBIN, Respondent, *v.* CITY OF NEW YORK, Appellant.

Argued May 22, 1950; decided July 11, 1950.

*John P. McGrath, Corporation Counsel* (*Andrew Bellanca* and *Seymour B. Quel* of counsel), for appellant.

*Robert McGowan Smith* and *Irving Michael Atkin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.